United States District Court

Eastern District of Louisiana

Boyd

v.

Union Passenger Trml

CIVIL ACTION NO. 2:03-cv-01587

SECTION B, MAG-5

The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

(1) A list of all parties still remaining in this action;

(2) Copies of all pleadings, including answers, filed by those parties in state court; and

(3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana, June 5, 2003.

By Direction of the Court

LORETTA G. WHYTE, CLERK

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 JUN -4 AM 10: 23

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CAROLYN BOYD, wife of/and | * | CIVIL ACTION NO. |
| ERNEST BOYD | * | |
|     Plaintiffs | * | |
| | * | **03-1587** |
| VERSUS | * | |
| | * | SEC. |
| | * | **SECT. B MAG 5** |
| UNION PASSENGER TERMINAL, CITY OF | * | |
| NEW ORLEANS, AMTRAK NATIONAL | * | |
| RAILROAD PASSENGER CORPORATION, | * | |
| GREYHOUND LINES, INC., ABC INSURANCE | * | |
| COMPANY, DEF INSURANCE COMPANY, and | * | MAG. DIV. |
| XYZ INSURANCE COMPANY | * | |
|     Defendants | | |

### NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, comes defendant, National Railroad Passenger Corporation, d/b/a Amtrak ("Amtrak"), who hereby removes the above action filed by Plaintiffs in the Civil District Court for the Parish of Orleans, State of Louisiana, No. 2003-2190, Section C-6.

Defendant respectfully shows that:

I.

Amtrak was named Defendant in a civil action docketed in the Civil District Court for the Parish of Orleans, No. 2003-2190, Division C-6, entitled "Carolyn Boyd, et al v. Union

Passenger Terminal, et al." As required by 28 USC § 1446(a) copies of all process and pleadings served on defendant are attached hereto.

II.

Amtrak was served with process on May 6, 2003. Thirty (30) days have not expired since the receipt by defendant, through service or otherwise, of a pleading setting forth the claim for relief upon which such action is based.

III.

Amtrak is removing this action because Amtrak was created by an Act of Congress, 49 U.S.C. § 24101 et seq., and more than one-half its capital stock is owned by the United States. Thus, the above-described action is a civil action over which this Court has original jurisdiction under the provisions of Title 28, U.S.C. § 1331 and 1349 and is one which may be removed to this Court by the defendant therein, pursuant to the provisions of Title 28, U.S.C. § 1441.

IV.

Despite diligent efforts, undersigned counsel has been unable to ascertain the counsel for defendants, New Orleans Union Terminal Committee and Greyhound Lines, Inc., and has been unable to reach representatives for these defendants to obtain consent for removal. Counsel for defendant, the City of New Orleans, has been contacted and has no objection to Amtrak's removal of this matter. A copy of this Notice of Removal is being served via U. S. Mail, postage prepaid, to the registered agents for defendants, New Orleans Union Passenger Terminal and Greyhound Lines, Inc., together with a request for consent to removal.

WHEREFORE, defendant, Amtrak, prays that the action now pending against it in the Civil District Court for the Parish of Orleans, State of Louisiana be removed therefrom to this Court.

Respectfully submitted:

_/s/ Rachelle Dick_
Rachelle D. Dick (18865) T.A.
Amanda G. Clark (24432)
Jason A. Bonaventure (25578)
FORRESTER, JORDAN & DICK, L.L.C.
7809 Jefferson Hwy., Suite G
Baton Rouge, LA 70809
(225) 928-5400

ATTORNEYS FOR DEFENDANT, AMTRAK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CAROLYN BOYD, wife of/and | * | CIVIL ACTION NO. |
| ERNEST BOYD | * | |
|     Plaintiffs | * | |
| | * | |
| VERSUS | * | |
| | * | SEC. |
| | * | |
| UNION PASSENGER TERMINAL, CITY OF | * | |
| NEW ORLEANS, AMTRAK NATIONAL | * | |
| RAILROAD PASSENGER CORPORATION, | * | |
| GREYHOUND LINES, INC., ABC INSURANCE | * | |
| COMPANY, DEF INSURANCE COMPANY, and | * | MAG. DIV. |
| XYZ INSURANCE COMPANY | * | |
|     Defendants | | |

## CERTIFICATE OF SERVICE

I, Rachelle D. Dick, do hereby certify that I have on this 3 day of June, 2003 caused true and correct copies of NOTICE FOR REMOVAL to be served upon the following by U. S. Mail, postage prepaid, to:

Clerk of Court
Orleans Parish Civil District Court
402 Civil Courts Building
421 Loyola Ave.
New Orleans, LA  70112

Carolyn Boyd and Ernest Boyd
Through their counsel of record:
Kenneth V. Faherty
321 North Vermont Street
Covington, LA  70433

City of New Orleans
Through its counsel of record:
Albert Thibodeaux
Office of the City Attorney
1300 Perdido Street, Room 503
New Orleans, LA  70112

New Orleans Union Passenger
Terminal Committee
Through Charles Rice
1300 Perdido Street, City Hall
New Orleans, LA  70112

Greyhound Lines, Inc.
Through its agent for service:
CT Corporation Systems
8550 United Plaza Blvd.
Baton Rouge, LA  70809

_____
Rachelle D. Dick

ATTORNEY'S NAME: Faherty, Kenneth Victor, Esq. 05421
AND ADDRESS: 321 North Vermont Street
Covington LA 70433



CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO. 20 03-02190   SECTION: 06-C

BOYD, CAROLYN   ET AL
vs.
UNION PASSENGER TERMINAL   ET AL

**RECEIVED Amtrak**

CITATION

TO: AMTRAK NATIONAL RAILROAD PASSENGER CORPORATION
THROUGH: LOUISIANA LONG ARM STATUTE
CORPORATE SECTION
60 MASSACHUSETTS AVENUE N.E.
WASHINGTON, DC

MAY 0 6 2003

ALICIA M. SERFATY
GENERAL COUNSEL AND
CORPORATE SECRETARY

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
IN FORMA PAUPERIS PETITION FOR DAMAGES,
a certified copy of which accompanies this citation, or file an answer or other
legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts
Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the
service hereof under penalty of default.

```
*****************************************************************************
*                          ADDITIONAL INFORMATION                            *
*   Legal assistance is advisable.  If you want a lawyer and can't find one, you  *
* may call the New Orleans Lawyer Referral Service at 561-8828.  This Referral    *
* Service operates in conjunction with the New Orleans Bar Association.  If you   *
* qualify, you may be entitled to free legal assistance through the New Orleans   *
* Legal Assistance Corp.; you may call 529-1000 for more information.             *
* COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE.                         *
*****************************************************************************
```

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of The Civil
District Court for the Parish of Orleans, State of LA April   17, 2003.

Clerk's Office, Room 402, Civil Courts Building
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA

by _____
Deputy Clerk

---

SHERIFF'S RETURN:
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ____ day of ____ served a copy of the w/i petition IN FORMA PAUPERIS PETITION FOR DAMAGES On AMTRAK NATIONAL RAILROAD PASSENGER CORPORATION in person through LOUISIANA LONG ARM STATUTE | On this ____ day of ____ served a copy of the w/i petition IN FORMA PAUPERIS PETITION FOR DAMAGES On AMTRAK NATIONAL RAILROAD PASSENGER CORPORATION through LOUISIANA LONG ARM STATUTE by leaving same at the dwellinghouse, or usual place of abode, CORPORATE SECTION 60 MASSACHUSETTS AVENUE N.E. in the hands of ____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said AMTRAK NATIONAL RAILROAD PASSENGER CORPORATION being absent from the domicile at time of said service. |
| Returned same day | |
| _____ No. ____ | |
| Deputy Sheriff of _____ | Returned same day |
| Mileage: $_____ | _____ No. ____ |
| | Deputy Sheriff of _____ |

ENTERED
PAPER _____ RETURN _____
SERIAL NO. ____ / DEPUTY ____ / PARISH ____

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO: 03 - 2190

DIVISION: " "

CAROLYN BOYD, wife of/and ERNEST BOYD

VS.

UNION PASSENGER TERMINAL, CITY OF NEW ORLEANS,
AMTRAK NATIONAL RAILROAD PASSENGER CORPORATION,
GREYHOUND LINES, INC., ABC INSURANCE COMPANY,
DEF INSURANCE COMPANY, and XYZ INSURANCE COMPANY

SECTION 6

Filed: _____    _____
                                         Deputy Clerk

## PETITION FOR DAMAGES

The Petition of CAROLYN BOYD wife of/and ERNEST BOYD, persons of the full age of majority and domiciled in the State of Wisconsin, respectfully represent:

1.

Named defendants herein are:

1. UNION PASSENGER TERMINAL, upon information and belief, a corporation licensed to do and doing business in the State of Louisiana which was the owner and/or operator of the premises at issue in this litigation;

2. CITY OF NEW ORLEANS, a political subdivision of the State of Louisiana and, upon information and belief, the owner and/or operator of the premises at issue in this litigation;

3. AMTRAK NATIONAL RAILROAD PASSENGER CORPORATION, upon information and belief, a corporation licensed to do and doing business in the State of Louisiana which was the owner and/or operator of the premises at issue in this litigation;

4. GREYHOUND LINES, INC., upon information and belief, a corporation licensed to do and doing business in the State of Louisiana which was the owner and/or operator of the premises at issue in this litigation;

5. ABC INSURANCE COMPANY, upon information and belief, a foreign insurance corporation authorized to do and doing business in the State of Louisiana which provided a policy of liability insurance in favor of UNION PASSENGER TERMINAL for the claims asserted herein;

6. DEF INSURANCE COMPANY, upon information and belief, a foreign insurance corporation authorized to do and doing business in the State of Louisiana which provided a policy of liability insurance in favor of AMTRAK NATIONAL RAILROAD PASSENGER CORPORATION for the claims asserted herein; and

IN FORMA PAUPERIS

RECEIVED AMTRAK
MAY - 8 2003
Regional Claims Office

1

VERIFIED

7. XYZ INSURANCE COMPANY, upon information and belief, a foreign insurance corporation authorized to do and doing business in the State of Louisiana which provided a policy of liability insurance in favor of GREYHOUND LINES, INC. for the claims asserted herein.

II.

On or about February 14, 2002, petitioner, Carolyn Boyd, was an invitee passenger and patron of defendant, AMTRAK NATIONAL RAILROAD PASSENGER CORPORATION, and was entering the building owned and/or operated by the defendants, UNION PASSENGER TERMINAL, CITY OF NEW ORLEANS, AMTRAK NATIONAL RAILROAD PASSENGER CORPORATION, and/or GREYHOUND LINES, INC. when she was caused to trip and fall on a rug which was negligently maintained by the defendants causing her to fall violently to the floor and to thereby suffer severe and disabling injuries to her body, as well as injuries to her mental and emotional state.

III.

The incident described supra was caused solely and proximately by the fault and negligence of the defendants, as the owner and/or operator of the premises, in the following respects:

   a. In failing to use reasonable care to keep the passageways in a safe condition.

   b. In failing to use reasonable care to keep the premises free of hazardous conditions.

   c. In failing to properly inspect the premises.

   d. In failing to establish proper procedures for maintaining and inspecting the premises.

   e. In allowing a dangerous facility to remain on the premises creating an unreasonable and foreseeable hazard and risk of injury to petitioner and other similarly situated individuals.

   f. Other acts of fault or negligence which may be proved at the trial of this matter.

IV.

As a direct and proximate result of the foregoing incident and the causative fault and negligence of the defendants herein, petitioner, Carolyn Boyd, has sustained serious and permanent physical and emotional injuries and damages and is entitled to be compensated in such amounts as are reasonable in the premises for her physical pain and suffering, mental pain and anguish, expenses including medical expenses, loss of enjoyment of life, loss of consortium, loss of income and earning capacity, and all other pecuniary and non-pecuniary damages, past, present, and future as will be proven at the trial of this matter.

V.

As a direct and proximate result of the foregoing incident and the causative fault and negligence

2

of the defendants herein, petitioner, Earnest Boyd, has suffered the loss of love and affection, society and companionship, diminishment of sexual relations, loss of services, financial support, aid and assistance, and loss of income resulting from the care for his wife, Carolyn Boyd, and for all of which Earnest Boyd seeks damages from defendants herein in amounts reasonably calculated to compensate for these losses.

VI.

At all times relevant hereto, defendant, ABC INSURANCE COMPANY, provided a policy of premises liability insurance to UNION PASSENGER TERMINAL, as the owner/operator of the subject premises, for claims of injuries and damages such as those sought by petitioners herein and as a consequence of which petitioners are entitled to judgment directly against this liability carrier.

VII.

At all times relevant hereto, defendant, DEF INSURANCE COMPANY, provided a policy of premises liability insurance to AMTRAK NATIONAL RAILROAD PASSENGER CORPORATION, as the owner/operator of the subject premises, for claims of injuries and damages such as those sought by petitioners herein and as a consequence of which petitioners are entitled to judgment directly against this liability carrier.

VIII.

At all times relevant hereto, defendant, XYZ INSURANCE COMPANY, provided a policy of premises liability insurance to GREYHOUND LINES, INC., as the owner/operator of the subject premises, for claims of injuries and damages such as those sought by petitioners herein and as a consequence of which petitioners are entitled to judgment directly against this liability carrier.

IX.

Amicable demand has been made to no avail.

X.

Petitioners are without sufficient funds to prosecute this claim and due to their impecuniosity should be permitted to pursue this litigation *in forma pauperis*.

WHEREFORE, petitioners, CAROLYN BOYD wife of/and EARNEST BOYD, pray that this Petition for Damages be filed, that they be permitted to prosecute this action without prior payment of costs as they accrue or filing of a bond, that defendants be served with a copy of this Petition and be duly cited and served to appear and answer same, and that after all due proceedings had, there be judgment in favor of petitioners, CAROLYN BOYD wife of/and EARNEST BOYD, and against defendants, UNION PASSENGER TERMINAL, CITY OF NEW ORLEANS, AMTRAK NATIONAL RAILROAD

3

PASSENGER CORPORATION, GREYHOUND LINES, INC., ABC INSURANCE COMPANY, DEF INSURANCE COMPANY, and XYZ INSURANCE COMPANY, for all reasonable damages, general and special, together with legal interest from date of judicial demand, and for all costs of these proceedings, as well as all general and equitable relief afforded by the premises herein.

Respectfully submitted,

**KENNETH V. FAHERTY**
[Louisiana Bar Number 5421]
321 North Vermont Street
Covington, Louisiana 70433
Tel: 985-845-1619
Attorney for Petitioners

PLEASE SERVE:

**City of New Orleans**
through its authorized representative
City Attorney for the City of New Orleans
City Hall
1300 Perdido Street
New Orleans, Louisiana

PLEASE WITHHOLD SERVICE
ON THE REMAINING DEFENDANTS AT THIS TIME



4