

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CAROLYN BOYD, wife of/and | * | CIVIL ACTION NO. 2:03-cv-01587 |
| ERNEST BOYD | * | |
| Plaintiffs | * | |
| | * | |
| VERSUS | * | |
| | * | SEC. M |
| | * | |
| UNION PASSENGER TERMINAL, CITY OF | * | |
| NEW ORLEANS, AMTRAK NATIONAL | * | |
| RAILROAD PASSENGER CORPORATION, | * | |
| GREYHOUND LINES, INC., ABC INSURANCE | * | |
| COMPANY, DEF INSURANCE COMPANY, and | * | MAG. DIV. 5 |
| XYZ INSURANCE COMPANY | * | |
| Defendants | | |

## ANSWER

NOW INTO COURT, through undersigned counsel, comes defendant, National Railroad Passenger Corporation, d/b/a Amtrak ("Amtrak"), who for answer to plaintiff's Petition for Damages, denies each and every allegation contained therein, except as expressly admitted herein below.

FIRST DEFENSE

The plaintiff's Complaint fails to state a claim upon which relief can be granted.

SECOND DEFENSE

On information and belief, and to the extent discovery reveals, Amtrak affirmatively

pleads the plaintiff's failure to mitigate her damages as a defense.

### THIRD DEFENSE

On information and belief, and to the extent discovery reveals, Amtrak pleads the plaintiff's comparative fault, thereby entitling Amtrak to a credit or percentage offset for the degree and/or percentage for the degree of the plaintiff's fault.

### FOURTH DEFENSE

Amtrak pleads the fault of a third person or party for whom Amtrak bears no responsibility and is not vicariously liable, which third party fault serve to offset and/or reduce the fault, if any, and which is denied, of Amtrak.

And now for answer to each and every allegation of the plaintiff's complaint, Amtrak respectfully responds as follows:

### I.

Amtrak admits its name and status. All other allegations of Paragraph I are denied for lack of information sufficient to justify a belief therein.

### II.

The allegations of Paragraph II are denied as written.

### III.

The allegations of Paragraph III are denied for lack of information sufficient to justify a belief therein.

### IV.

The allegations of Paragraph IV are denied.

### V.

The allegations of Paragraph V are denied for lack of information sufficient to justify a

belief therein.

VI.

The allegations of Paragraph VI are denied for lack of information sufficient to justify a belief therein.

VII.

The allegations of Paragraph VII are denied.

VIII.

The allegations of Paragraph VIII are denied for lack of information sufficient to justify a belief therein.

IX.

The allegations of Paragraph IX are denied.

X.

The allegations of Paragraph X are denied for lack of information sufficient to justify a belief therein.

XI.

Amtrak prays for trial by jury.

Respectfully submitted:

FORRESTER, JORDAN & DICK, L.L.C.
Attorneys at Law
7809 Jefferson Hwy., Building G
Baton Rouge, LA 70809
225-928-5400

By: /s/ Rachelle Dick
Rachelle D. Dick (18865)
Amanda G. Clark (24432)
Jason A. Bonaventure (25578)

## **CERTIFICATE**

I hereby certify that a copy of the above and foregoing has been mailed by U. S. Mail, postage prepaid, to all known counsel of record this 23 day of June, 2003 in Baton Rouge, Louisiana.

*Rachelle Dick*
Rachelle D. Dick