
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 JUL 10 PM 2:21

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CAROLYN BOYD, ET AL | * | CIVIL ACTION |
| | * | |
| | * | NO. 03-1587 |
| VERSUS | * | |
| | * | SECTION "M" |
| | * | |
| UNION PASSENGER TERMINAL, ET AL | * | MAGISTRATE:05 |

\* \* \* \* \* \* \* \*

## ANSWER

**NOW INTO COURT**, through undersigned counsel, comes defendant, City of New Orleans, who for answer to plaintiffs' petition, respectfully represents.

### FIRST DEFENSE

The petition fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

The plaintiffs failed to mitigate their damages.

### THIRD DEFENSE

The injuries alleged by the plaintiffs were caused, in whole or in part, by the negligent or deliberate actions or inactions of the plaintiffs, which should operate as a bar or in diminution of

plaintiffs' recovery.

## FOURTH DEFENSE

In the alternative, defendant affirmatively avers that the plaintiffs' alleged injuries were caused by persons or parties over whom this defendant exercises no authority, jurisdiction, control, supervision or legal responsibility.

And now for answer to each and every allegation of the plaintiffs' petition, defendant, City of New Orleans respectfully responds as follows:

**1.**

Defendant, City of New Orleans, admits its status as a political subdivision of the State of Louisiana as alleged in Paragraph I, subpart 2. The remaining allegations of Paragraph I do not require an answer from this defendant; however, in an abundance of caution said allegations are denied for lack of sufficient information to justify a belief therein.

**2.**

The allegations of Paragraph II of the petition for damages are denied for lack of sufficient information to justify a belief therein.

**3.**

The allegations of Paragraph III, including subpart "a" through "f", of the petition are denied.

**4.**

The allegations of Paragraph IV of the petition are denied for lack of sufficient information to justify a belief therein.

**5.**

The allegations of Paragraph V of the petition are denied for lack of sufficient information to justify a belief therein.

**6.**

The allegations of Paragraph VI of the petition require no answer from this defendant; however, in an abundance of caution said allegations are denied.

**7.**

The allegations of Paragraph VII of the petition require no answer from this defendant; however, in an abundance of caution said allegations are denied.

**8.**

The allegations of Paragraph VIII of the petition require no answer from this defendant; however, in an abundance of caution said allegations are denied.

**9.**

The allegations of Paragraph IX of the petition are denied for lack of sufficient information to justify a belief therein.

**10.**

The allegations of Paragraph X of the petition require no answer from this defendant; however, in an abundance of caution said allegations are denied.

**WHEREFORE**, defendant, City of New Orleans, prays that this answer be deemed good and sufficient and after due proceedings had, there be judgment herein in favor of the defendants and against plaintiffs dismissing plaintiffs' demand with prejudice at their cost and for such other relief as the nature of the case may permit.

Respectfully submitted,

/s/ Albert A. Thibodeaux
ALBERT A. THIBODEAUX, 24895
CHIEF DEPUTY CITY ATTORNEY
CITY OF NEW ORLEANS
1300 Perdido Street; Suite 5E03
New Orleans, Louisiana 70112
(504) 565-6228

SHERRY S. LANDRY
CITY ATTORNEY

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a copy of the above and foregoing has been mailed by United States Mail, postage prepaid, to all known counsel of record this 10th day of July, 2003.

/s/ Albert A. Thibodeaux
ALBERT A. THIBODEAUX