UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2003 AUG 13 PM 3: 58
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| CAROLYN BOYD, wife of/and | * | CIVIL ACTION NO. 2:03-cv-01587 |
| ERNEST BOYD | * | |
| Plaintiffs | * | |
| | * | |
| VERSUS | * | SECTION M |
| | * | |
| UNION PASSENGER TERMINAL, | * | |
| CITY OF NEW ORLEANS, AMTRAK | * | |
| NATIONAL RAILROAD PASSENGER | * | MAGISTRATE DIV. 5 |
| CORPORATION, GREYHOUND LINES, | * | |
| INC., ABC INSURANCE COMPANY, | * | |
| DEF INSURANCE COMPANY AND | * | |
| XYZ INSURANCE COMPANY | * | |

## ANSWER TO PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes defendant, New Orleans Union Passenger Terminal (incorrectly designated as "Union Passenger Terminal"), and in answer to the Petition for Damages responds as follows:

I.

1. The allegations of this sub-paragraph are denied as written.

2. This sub-paragraph does not pertain to this defendant. As such, no response is required. To the extent that a response may be deemed required, it is denied for lack of sufficient information to justify a belief therein.

3. This sub-paragraph does not pertain to this defendant. As such, no response is required. To the extent that a response may be deemed required, it is denied for lack of sufficient information to justify a belief therein.

___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No.___

4. This sub-paragraph does not pertain to this defendant. As such, no response is required. To the extent that a response may be deemed required, it is denied for lack of sufficient information to justify a belief therein.

5. This sub-paragraph does not pertain to this defendant. As such, no response is required. To the extent that a response may be deemed required, it is denied for lack of sufficient information to justify a belief therein.

6. This sub-paragraph does not pertain to this defendant. As such, no response is required. To the extent that a response may be deemed required, it is denied for lack of sufficient information to justify a belief therein.

7. This sub-paragraph does not pertain to this defendant. As such, no response is required. To the extent that a response may be deemed required, it is denied for lack of sufficient information to justify a belief therein.

II.

The allegations of this paragraph are denied.

III.

The allegations of this paragraph are denied.

IV.

This paragraph is denied and defendant calls for strict proof of all alleged damages.

V.

This paragraph is denied and defendant calls for strict proof of all alleged damages.

VI.

AND NOW FURTHER ANSWERING, defendant respectfully avers:

## VII.

In the event there is a finding that the defendant was guilty of any negligence or fault, which contributed proximately to the alleged accident, incident, or injuries, which negligence or fault is denied, then defendant hereby specifically pleads in limitation of recovery in accordance with the proportion or degree of fault, the comparative negligence, contributory negligence and/or assumption of risk of the plaintiffs, Carolyn Boyd and Ernest Boyd, which consisted of the acts, omissions and/or commissions listed below:

(A) Failure to keep a proper lookout;

(B) Failure to see what they should have seen;

(C) Failure to use due care and caution under the prevailing circumstances; and

(D) Such other acts of omission and/or commission constituting negligence or fault, and which may be proven upon the trial of this case.

## VIII.

Plaintiffs' alleged accident, alleged injuries and/or alleged damages, if any, were caused solely and proximately by other parties for whom defendant is not legally responsible.

## IX.

Defendant avers that plaintiffs have failed to mitigate the damages such that their alleged losses should be reduced accordingly.

## X.

Defendant requests a jury trial on all issues.

WHEREFORE, defendant prays that this Answer be deemed good and sufficient, and that, after due proceedings had, there be judgment herein in favor of defendant and against plaintiffs dismissing their suit at their cost, and for all general and equitable relief.

Respectfully submitted:

STEPHENS & GRACE

_____
PATRICK C. GRACE
Bar Number: 16944
Attorney at Law
Suite 1060, One Lakeway Center
3900 North Causeway Boulevard
Metairie, Louisiana 70002
(504) 219-2012

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the above and foregoing pleading has been mailed to all counsel of record, postage prepaid, on the 12 day of August, 2003.

_____
PATRICK C. GRACE