UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CAROLYN BOYD, wife of/and<br>ERNEST BOYD<br>    Plaintiffs | *<br>*<br>*<br>* | CIVIL ACTION NO. 2:03-cv-01587 |
| VERSUS | *<br>* | SECTION M |
| UNION PASSENGER TERMINAL,<br>CITY OF NEW ORLEANS, AMTRAK<br>NATIONAL RAILROAD PASSENGER<br>CORPORATION, GREYHOUND LINES,<br>INC., ABC INSURANCE COMPANY,<br>DEF INSURANCE COMPANY AND<br>XYZ INSURANCE COMPANY | *<br>*<br>*<br>*<br>*<br>*<br>* | MAGISTRATE DIV. 5 |

**CROSS CLAIM FOR DEFENSE, CONTRIBUTION AND/OR
INDEMNIFICATION PURSUANT TO CONTRACT**

NOW INTO COURT, through undersigned counsel, comes the defendant and plaintiff-in-cross-claim, New Orleans Union Passenger Terminal, who respectfully represents the following in its Cross Claim, to wit:

I.

Made defendants-in-cross-claim are:

a)      National Railroad Passenger Corp. d/b/a Amtrak. (hereinafter "Amtrak"), a foreign corporation, authorized to do and doing business in the State of Louisiana; and

b)      Greyhound Lines, Inc., a foreign company authorized to do and doing business in the State of Louisiana.

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No.___

1

II.

The plaintiff, Carolyn Boyd, claims that she sustained injuries at the New Orleans Union Passenger Terminal on February 14, 2003. Ernest Boyd, her husband, has also claimed damages as a result of the injuries to his wife.

III.

The plaintiffs filed suit against New Orleans Union Passenger Terminal, and others, claiming that it was responsible for their damages.

IV.

New Orleans Union Passenger Terminal answered the suit denying any responsibility.

V.

Pursuant to a contract between New Orleans Union Passenger Terminal and National Railroad Passenger Corp. d/b/a Amtrak dated June 1977, Amtrak was responsible for operating the New Orleans Union Passenger Terminal at all time pertinent hereto.

VI.

The contract between these parties also provided that Amtak would defend, contribute and/or indemnify New Orleans Union Passenger Terminal for all personal injury claims such as this one. On or about, September 19, 2003, New Orleans Union Passenger Terminal requested a defense and indemnification from Amtrak for the claims of Carolyn Boyd.

VII.

Amtrak refused to provide a defense and indemnification.

VIII.

New Orleans Union Passenger Terminal is entitled to defense and indemnification pursuant to the contract with Amtrak.

IX.

New Orleans Union Passenger Terminal will incur damages in the form of attorney's fees and expenses in defending this suit and it is entitled to recover those and other damages from the defendant-in-cross-claim, Amtrak.

X.

In addition and in the alternative, New Orleans Union Passenger Terminal and Greyhound Lines, Inc. entered a contract on May 1, 1969.

XI.

Under the terms of the contract between New Orleans Union Passenger Terminal and Greyhound Lines, Inc., Greyhound was contractually obligated to defend, contribute and/or indemnify the New Orleans Union Passenger Terminal for personal injury claims such as this one.

XII.

New Orleans Union Passenger Terminal will incur damages in the form of attorney's fees and expenses in defending this suit and it is entitled to recover those and other damages from the defendant-in-cross-claim, Greyhound.

WHEREFORE, plaintiff-in-cross-claim, New Orleans Union Passenger Terminal, prays that the defendants-in-cross-claim, National Railroad Passenger Corp. d/b/a Amtrak and Greyhound Lines, Inc., be cited/summoned to appear before this Honorable Court and that after due proceedings are had that there be judgment in favor of plaintiff-in-cross-claim, and against the

defendants-in-cross-claim for all damages that are reasonable and proper under the circumstances and all other general and equitable relief to be discerned by this Honorable Court.

Respectfully submitted:

STEPHENS & GRACE

_____
PATRICK C. GRACE
Bar Number: 16944
Attorney at Law
Suite 1060, One Lakeway Center
3900 North Causeway Boulevard
Metairie, Louisiana 70002
(504) 219-2012

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the above and foregoing pleading has been mailed to all counsel of record, postage prepaid, on the ___21___ day of October, 2003.

_____
PATRICK C. GRACE