FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 DEC 12 AM 11: 47

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CAROLYN BOYD, wife of/and | * | CIVIL ACTION NO. 2:03-cv-01587 |
| ERNEST BOYD | * | |
|     Plaintiffs | * | |
| | * | |
| VERSUS | * | |
| | * | SEC.  M |
| | * | |
| UNION PASSENGER TERMINAL, CITY OF | * | |
| NEW ORLEANS, AMTRAK NATIONAL | * | |
| RAILROAD PASSENGER CORPORATION, | * | |
| GREYHOUND LINES, INC., ABC INSURANCE | * | |
| COMPANY, DEF INSURANCE COMPANY, and | * | MAG. DIV. 5 |
| XYZ INSURANCE COMPANY | * | |
|     Defendants | | |

## ANSWER TO CROSS CLAIM

NOW INTO COURT, through undersigned counsel, comes defendant, National Railroad Passenger Corporation, d/b/a Amtrak ("Amtrak"), who for answer to the cross-claim of the New Orleans Union Passenger Terminal, responds as follows:

I.

The National Railroad Passenger Corporation, d/b/a Amtrak admits its name and status. All other allegations of Paragraph I are denied for lack of information sufficient to justify a belief therein.

II.

The allegations of Paragraph II are admitted.

III.

The allegations of Paragraph III are admitted.

IV.

The answer of New Orleans Passenger Terminal is the best evidence of its contents. To the extent an answer is deemed necessary, the allegations of Paragraph IV are admitted.

V.

The allegations of Paragraph V are denied as written.

VI.

The allegations of Paragraph VI are denied as written.

VII.

The allegations of Paragraph VII are admitted.

VIII.

The allegations of Paragraph VII are denied as written.

IX.

The allegations of Paragraph IX are denied.

X.

The allegations of Paragraph X are denied for lack of information sufficient to justify a belief therein.

XI.

The allegations of Paragraph XI are denied for lack of information sufficient to justify a belief therein.

XII.

The allegations of Paragraph XII are denied for lack of information sufficient to justify a belief therein.

WHEREFORE, the National Railroad Passenger Corporation, d/b/a Amtrak prays that its Answer to the Cross Claim filed by defendant, New Orleans Union Passenger Terminal be filed herein, deemed good and sufficient, and that after all due proceedings had, there be judgment herein in favor of National Railroad Passenger Corporation, d/b/a Amtrak and against New Orleans Union Passenger Terminal, dismissing New Orleans Union Passenger Terminal's Cross Claim with prejudice at New Orleans Union Passenger Terminal's costs.

Respectfully submitted:

FORRESTER, JORDAN & DICK, L.L.C.
Attorneys at Law
7809 Jefferson Hwy., Building G
Baton Rouge, LA 70809
225-928-5400

By: _____
Rachelle D. Dick (18865)
Amanda G. Clark (24432)
Jason A. Bonaventure (25578)

**CERTIFICATE**

I hereby certify that a copy of the above and foregoing has been mailed by U. S. Mail, postage prepaid, to all known counsel of record this 11 day of Dec_____, 2003 in Baton Rouge, Louisiana.

_____
Rachelle D. Dick

3